## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF KENTUCKY

CHAMBERS OF
THOMAS B. RUSSELL
UNITED STATES DISTRICT JUDGE

FEDERAL BUILDING
PADUCAH, KY 42001
(270) 415-6430
FAX: (270) 415-6445

November 19, 2004

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

Re:    Calendar Year 2002 and 2003 Filing

Dear Committee Members:

I thank you for your letter requesting supplementation of my financial disclosure. I supplement my report as follows:

Parts II and III A, IV and VI of my 2003 report should be checked "None."

In Part VII, Line 1, of my 2003 report, I listed "checking account - Paducah Bank. This is a new checking account I opened in November 2003. It would have a Value Code of "J."

In Part VII, line 15 of my 2003 report, I listed "Federal Equity Funds Kaufmann" as a mutual fund held by Union Planters Bank in my IRA account. This was purchased by the bank in April 2003 with a Value Code of "K."

In Part VII, line 17 of my 2003 report, I listed, "Dreyfus/Laurel Funds, Inc. Fidelity Advisor Series III." This is a typographical error on my part. This entry reflects mutual funds held by me in 2003 and should read as separate entries. "Dreyfus/Laurel Funds, Inc., Premier Midcap Stock Fund Class "R." and another entry "Federal Advisor Series III" and would correspond with Part VII lines 21 and 18 of my 2002 report. These are not new listings.

Committee on Financial Disclosure
Page Two
November 19, 2004


In Part VII, line 18 of my 2003 report, I listed "Federal Home Bank DTD Federal Home Loan Bank Bond DTD." These represent two U.S. Government/Agency Obligations held in my IRA administered by Union Planters Bank (now Regions Bank) My IRA account for 2002 also held "Federal Home Loan Bank DTD" and it should have been listed in my 2002 report. "Federal Home Loan Bank Bond DTD" was purchased by the bank in April 2003.

In Part VII, line 13, of my 2003 report, I listed "Paine Webber Investment Account." The account did not contain any stocks, bonds or mutual fund. It was only a money account. I completely closed that account in 2003. The Value Code at the time of closure was "J" and the Value Method was "T."

In Part VII, line 16, of my 2003 report, I listed "Leader Mutual Funds Growth and Income Fund Institute." This is the same listing on my 2002 report shown as Part VII, line 14 "Leader Mutual Funds Growth and Income Fund Institute. Share"

In Part VII, page 1, line 15-18 and page 2, lines 19-23, my 2002 report, I listed various assets, which do not appear to be listed in my 2003 report. All of these were assets held in my IRA account and administered by Union Planters Bank (now Regions Bank). I am not consulted, except for allocation between stocks, bonds, etc., regarding the individual investment decisions. I shall address each separately.

In Part VII, line 15 of my 2002 report, I listed "Fidelity Contrafund, Inc." That was sold in September 2000 and had a Value Code of "K."

In Part VII, line 16 of my 2002 report, I listed "Federated Mid Cap Fund," These were sold in 2003. The Value Code was "K."

In Part VII, line 17 of my 2002 report, I listed "Fidelity Securities Fund Dividend Growth Fund." The fund was sold in 2002 and should not have been included. It had a value code of "K."

I addressed Part VII, line 18 of my 2002 report earlier in this letter.

In Part VII, line 19 of my 2002 report, I listed "Strong Opportunity Fund, Inc." That asset was sold during the first three months of 2003. It had a Value Code of "J."

Committee on Financial Disclosure
Page Two
November 19, 2004


In Part VII, line 20 of my 2002 report, I listed "Janus Investment Fund Worldwide," it was sold in June 2001 with a Value Code of "J."

In Part VII, line 22 and 23 of my 2002 report, I listed "Fidelity Secs. FD" and "Fidelity Value FD," each was sold in the first three months of 2001 and had a Value Code of "J."

In Part VII, line 26, of my 2002 report, I listed "Intel Corporation." That is the same stock listed in Part VII, number 29 of my 2003 report as "Intel."

In Part VII, line 28, of my 2002 report, I listed "Lucent." That is the same stock listed as "Lucent T" in Part VII, number 24 of my 2003 report.

I thank you for bringing this matter to my attention. Much of the confusion in my reports comes from my IRA account. It does not own any individual stock. Its assets are cash, equivalent savings accounts, equity mutual funds and U.S. Government/Agency obligations.

Please advise if additional information is needed.

Sincerely,

Thomas B. Russell, Judge
United States District Court


TBR:kpw

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

CHAMBERS OF
THOMAS B. RUSSELL
UNITED STATES DISTRICT JUDGE

FEDERAL BUILDING
PADUCAH, KY 42001
(270) 415-6430
FAX: (270) 415-6445

May 13, 2004

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

Re:     Calendar Year 2003 Filing

Dear Committee Members:

Enclosed are my signed original and an additional three copies of my Financial
Disclosure Report. Please advise if additional information is needed.

Thank you for your assistance.

Very truly yours,

Thomas B. Russell, Judge
United States District Court

TBR:kpw
Enclosure

| 1. Person Reporting (Last name, First name, Middle initial) Russell, Thomas B | 2. Court or Organization United States District Court - | 3. Date of Report 5/11/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III - Active | 5. ReportType (check appropriate type) ○ Nomination, Date 10/14/1994 ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 501 Broadway, Federal Building Paducah, KY 42001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | First Investors of Paducah (Investment Club) See additional information |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 24 10 56 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2002 | Paducah Board of Education |
| 2. 2002 | Rotary Club of Paducah |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. American College of Trial Lawyers | Waiver of Membership Dues | $300 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Thomas B | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | — | | | | | |
| 1. Checking Account - Paducah Bank▪ | A | Interest | J | T | | | | | |
| 2. Checking Account - Union Planters▪ | A | Interest | J | T | | | | | |
| 3. IRA, UBS (formerly Paine Webber)(See Sec. VIII) | C | Dividend | K | T | | | | | |
| 4. AmerFDS Cap. World Gr. Inc. | | | | — | | | | | |
| 5. American Mutual Funds | | | | | | | | | |
| 6. Amer. Funds Investments Co. of America | | | | | | | | | |
| 7. Amer. Funds, Washington Mutual Investors | | | | | | | | | |
| 8. IRA, UBS (formerally Paine Webber▪(See Sec VIII) | A | Dividend | K | T | | | | | |
| 9. AmerFDS Capital World Growth | | | | | | | | | |
| 10. Amer. Funds, Investment Co. of America | | | | | | | | | |
| 11. Savings Acct. Union Planters, Paducah, KY▪ | A | Interest | J | T | | | | | |
| 12. Common Stock, Union Planters, Paducah, Ky▪ | A | Dividend | K | T | | | | | |
| 13. Paine Webber Investment Account | A | Interest | J | T | Closed | | | | |
| 14. IRA - Union Planters, Paducah, KY (See Sec. VIII) | | | | | | | | | |
| 15. Federal Equity Funds Kaufmann | | | | | | | | | |
| 16. Leader Mutual Funds Growth and Income Fund Institute | | | | | | | | | |
| 17. Dreyfus/Laurel Funds Inc. Fidelity Advisor Series III | | | | | | | | | |
| 18. Federal Home Loan Bank DTDFederal Home Loan Bank Bond DTD | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Thomas B | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. First Investors of Paducah (See Sec. VIII) | A | Dividend | K | T | | | | | |
| 20. US Banc | A | Dividend | J | T | | | | | |
| 21. IBM | A | Dividend | J | T | | | | | |
| 22. Abbott Lab | A | Dividend | J | T | Partial Sell | March | J | A | |
| 23. Bristol M/S | A | Dividend | J | T | Partial Sell | Dec. | J | A | |
| 24. Lucent T | A | Dividend | | | Sell | March | J | | |
| 25. Swift Tran | A | Dividend | | | Sell | March | J | | |
| 26. Merck & Co. | A | Dividend | J | T | | | | | |
| 27. ATT Wireless | A | Dividend | | | Sell | July | J | | |
| 28. Cisco Sys | A | Dividend | J | T | Buy | Nov | J | | |
| 29. Intel | A | Dividend | J | T | Buy | 3 & 7 | J | | |
| 30. Schlumberge | A | Dividend | J | T | | | | | |
| 31. Simon P | A | Dividend | J | T | | | | | |
| 32. Berkshire H | A | Dividend | J | T | | | | | |
| 33. Keller Mfg | A | Dividend | J | T | | | | | |
| 34. Anadarko | A | Dividend | J | T | | | | | |
| 35. Aventis | A | Dividend | J | T | | | | | |
| 36. Loews | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Thomas B | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Lowes Co. | A | Dividend | J | T | | | | | |
| 38. Fastenal | A | Dividend | J | T | | | | | |
| 39. Microsoft | A | Dividend | J | T | Buy | July | J | | |
| 40. Time Warner merger with AOL | A | Dividend | J | T | | | | | |
| 41. N. Fork Bank | A | Dividend | J | T | | | | | |
| 42. Union Planters | A | Dividend | J | T | | | | | |
| 43. Coke | A | Dividend | J | T | | | | | |
| 44. Johnson | A | Dividend | J | T | | | | | |
| 45. Minnesota | A | Dividend | J | T | | | | | |
| 46. BB & T Corp. | A | Dividend | J | T | | | | | |
| 47. St. Joe Corporation | A | Dividend | J | T | | | | | |
| 48. Gillette | A | Dividend | J | T | | | | | |
| 49. Avaya | A | Dividend | | | | | | | |
| 50. Cisco | A | Dividend | J | T | | | | | |
| 51. Fla East | A | Dividend | | | Sell | July | J | | |
| 52. Home Depo | A | Dividend | J | T | | | | | |
| 53. Verizon | A | Dividend | J | T | Sell | Nov | J | | |
| 54. CSI | A | Dividend | J | T | Buy | Nov | J | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
  (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
  (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
             P3 = $25,000,001-$50,000,000              P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
  (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Thomas B | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Dell Computers | A | Dividend | J | T | | | | | |
| 56. News Corp | A | Dividend | J | T | | | | | |
| 57. Pfizer | A | Dividend | J | T | | | | | |
| 58. Zimmer HTD | A | Dividend | J | T | | | | | |
| 59. Solectron | A | Dividend | | - | Sell | July | J | | |
| 60. Tyco International | A | Dividend | J | T | | | | | |
| 61. Exon Mobil | A | Dividend | J | T | | | | | |
| 62. Oracle | A | Dividend | J | T | | | | | |
| 63. Texas Instruments | A | Dividend | | | Sell | June | J | | |
| 64. New York Times | A | Dividend | J | T | | | | | |
| 65. Agere A | A | Dividend | | | Sell | March | J | | |
| 66. Agere B | A | Dividend | | | Sell | March | J | | |
| 67. Sypris | A | Dividend | | | Sell | March | J | | |
| 68. Honeywell | A | Dividend | | | Sell | June | J | A | |
| 69. Biomed | A | Dividend | J | T | Buy | March | J | | |
| 70. Boston Sci | A | Dividend | J | T | Buy | March | J | | |
| 71. Tribune | A | Dividend | J | T | Buy | March | J | | |
| 72. Medco | A | Dividend | J | T | Buy | March | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Russell, Thomas B | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS  — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Manhattan M. | A | Dividend | J | T | Buy | Dec | J | | |
| 74. Comcast | A | Dividend | J | T | Buy | Aug | J | | |
| 75. Washington Mut | A | Dividend | J | T | Buy | Aug | J | | |
| 76. Walgreen | A | Dividend | J | T | Buy | May | J | | |
| 77. Adobe Sys- | A | Dividend | J | T- | Buy | Nov | J | | |
| 78. B.P., PLC | A | Dividend | J | T | Buy | Nov | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## I. POSITIONS

In October of 1996, I became a member of an investment club known as First Investors of Paducah, which is organized as a partnership. There are 15 partners divided into 7 teams. Each team invests their portion. I only have control over the investment of my team, which is invested in 5 companies. I do have a 1/15 interest in all investments.

## VII. INVESTMENTS AND TRUSTS

### No. 3- IRA PAINE WEBBER

I am not consulted, nor do I participate in the management, nor selection of the mutual fund.

### No. 8 - IRA PAINE WEBBER

I am not consulted, nor do I participate in the management, nor selection of the mutual fund.

### No. 14 - IRA UNION PLANTERS

I have an IRA with Union Planters Bank. Other than making an allocation choice between bonds, stocks, money markets, etc., I have no control over the IRA account. I am not consulted nor do I give advice on the individual investments.

My assets in the IRA as on 1/1/03 were Dreyfus/Laurel Funds, Inc., Premier Midcap Stock Fund, Class R, Strong Opportunity Fund, Fidelity Advisor Series III, Leader Mutual Funds Growth and Income Fund Institutional. The IRA also contained U.S. Government/Agency Obligations with Federal Home Loan Mortgage Corp., Federal Home Loan Bank DTD, Federal Farm Credit Bank DTD.

I have listed the assets as of 12/31/03. Those assets listed in the above paragraph which are not in a current IRA account as of 12/31/03 were desposed of during the year. The market value of the account is "N".

No. 19. First Investors of Paducah is an investment club organized as a partnership. There are 15 partners divided into 7 teams. Each team makes an independent investment of their portion. I have no control over the investments of the other 6 teams. I do have a 1/15 interest in all of the investments. Items 19 through 78 represent the stock investments of the club.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Russell, Thomas B | 5/11/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ██████████████████████

Date _May 13, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544